Amy L. B. Ginsburg, SBN 034423
Amy@Thomassonpllc.com
THOMASSON PLLC
402 West Broadway, Suite 950
San Diego, California 92101
Telephone: (973) 312-0774
Facsimile:  (973) 559-5579

Attorney for William Horn

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William Horn, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>Matrix Medical Network of Arizona, LLC, and Superior HealthPlan, Inc.,<br><br>Defendants. | Case No. 2:22-cv-00482-SMB<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, William Horn, hereby gives notice of dismissal of this action in its entirety with prejudice as to himself, and without prejudice as to any putative class members, and without costs or disbursements by or against any party.

DATED this 1st day of July, 2022.

THOMASSON PLLC

By: */s/ Amy L.B. Ginsburg*
Amy L.B. Ginsburg
*Attorneys for Plaintiff*